# AFFIDAVIT OF SERVICE

NC 16932 CDV

State of Florida                County of                District Court

Case Number: 13-CIV-5463

Plaintiff:
**SULZER MIXPAC USA, INC. AND SULZER MIXPAC AG**
vs.
Defendant:
**DENTAL BRANDS FOR LESS LLC DBA DENTAL WHOLESALE DIRECT**

For:
Charles D. Cole
Newman Myers Kreines Gross Harris, P.C.
40 Wall Street
26 Street
New York, NY 10005-1335

Received by CAPLAN, CAPLAN AND CAPLAN on the 5th day of September, 2013 at 4:54 pm to be served on **DENTAL BRANDS FOR LESS LLC DBA DENTAL WHOLESALE DIRECT, 2230 SW 70 AVENUE, DAVIE, FL 33317.**

I, Luzeneida Gonzalez, being duly sworn, depose and say that on the **6th day of September, 2013** at **11:30 am, I:**

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action, Exhibits and Standing Order** with the date and hour of service endorsed thereon by me, to: **ODED SHERMAN** as **MANAGER** for **DENTAL BRANDS FOR LESS LLC DBA DENTAL WHOLESALE DIRECT**, at the address of: **2230 SW 70 AVENUE, DAVIE, FL 33317**, and informed said person of the contents therein, in compliance with F.S. 48.081. Registered agent failed to comply with F.S.48.091 by not being available between the statutory hours of 10AM- 12PM.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: HISPANIC, Height: 5'9", Weight: 190, Hair: BLACK, Glasses: N

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Sheriff Appointed Process Server in the county in which this defendant/witness was served and have no interest in the above action. Pursuant to FS 92.525(2), no notary is required.

STATE OF FLORIDA
COUNTY OF MIAMI-DADE / BROWARD / PALM BEACH
Subscribed and Sworn to before me on the 9th day of September, 2013 by the affiant who is personally known to me.

NOTARY PUBLIC

Luzeneida Gonzalez
1089

CAPLAN, CAPLAN AND CAPLAN
12555 ORANGE DRIVE
SUITE 106
DAVIE, FL 33330
(954) 462-1800
Our Job Serial Number: CPN-2013032433

Service Fee: _____


LYDIA CAPLAN
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE 157154
Expires 4/21/2015

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n